IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
JAN 17 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr03-WKW |
| | ) | [18 USC 1711] |
| CHERIE SHAY LANGLEY | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 2nd day of September, 2005, in Daviston, Alabama, within the Middle District of Alabama,

CHERIE SHAY LANGLEY,

defendant herein, being a Postal Service employee, converted to her own use, money of a value of more than $1,000.00, which came into her hands and under her control in the execution of her employment in violation of Title 18, United States Code, Section 1711.

A TRUE BILL:

_(signature)_
Foreperson

_(signature)_
LEURA G. CANARY
UNITED STATES ATTORNEY

_(signature)_
Kent B. Brunson
Assistant United States Attorney