| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 2/16/07 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:49 - 9:54 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| PRESIDING MAG. JUDGE. WALLACE CAPEL, JR. | DEPUTY CLERK: Wanda A. Robinson |
| CASE NUMBER:  3:07cr03-WKW | DEFENDANT(S): Cherie Shay Langley |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Kent B. Brunson | | Christine A. Freeman |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**          Complete

☐ **PENDING MOTION STATUS:**
                                 None

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**               1 day for trial
                                 4/23/07 Trial Term

☐ **REMARKS:** Defense counsel will request pretrial diversion by 2/23/07

and will likely file a motion to continue which will be unopposed by the government