IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-03-WKW |
| | ) | |
| CHERIE SHAY LANGLEY | ) | |
| | ) | |

**ORDER**

This case is before the Court on the defendant's Unopposed Motion to Continue (Doc. # 15). The criminal case is currently set for trial during the August 6, 2007 term. For the reasons set forth below, the Court finds that the trial should be continued pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A).

The Court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and Ms. Langley in a speedy trial. In support of her motion to continue, Ms.

Langley represented that she needs additional time to further investigate the case, to await a response from the government on her pretrial diversion request, and to continue negotiations toward a resolution of the matter without a trial. The government is not opposed to a continuance.

Accordingly, it is ORDERED that the defendant's Unopposed Motion to Continue (Doc. # 15) is GRANTED. Trial in this matter is continued from August 6, 2007, to the criminal term of court beginning on November 5, 2007, at 10:00 a.m.

DONE this 11th day of July, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE