IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
v.                                )        CASE NO: 3:07cr03-WKW
                                  )
CHERIE SHAY LANGLEY               )

# ORDER

Based upon this court's order resetting the trial in the above-styled case for February 4, 2008, and for good cause, it is

ORDERED that counsel for the parties shall appear for a final pretrial conference on January 11, 2008, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 24th day of October, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE