IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 3:07-cr-03-WKW** |
| ) | |
| **CHERIE SHAY LANGLEY** ) | |

## ORDER CONFIRMING TRIAL DATE

The new jury plan of the Middle District having been approved by the Eleventh Circuit Judicial Council, this order confirms that the trial of this case is scheduled for a term of court in the United States Federal Courthouse in Opelika, Alabama, on **March 10, 2008, at 10:00 a.m.**  A trial docket will be available within seven days of jury selection.

DONE this 21st day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE