IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CASE NO: 3:07-CR-03-WKW |
| | ) |
| CHERIE SHAY LANGLEY | ) |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia Kemp, and enters her appearance as counsel for **CHERIE SHAY LANGLEY** in the above-styled matter.

Dated this 27th day of February 2008.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:07-CR-03-WKW** |
| | ) | |
| **CHERIE SHAY LANGLEY** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent B. Brunson, Esquire, Assistant United States Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

s/Patricia Kemp
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org