IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 3:07-CR-03-WKW |
| | ) | |
| **CHERIE SHAY LANGLEY** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **CHERIE SHAY LANGLEY,** by and through undersigned counsel, Patricia Kemp, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Based on information received from government counsel in this case, Mrs. Langley intends to change her plea pursuant to a substitute information soon to be filed by the government in this case. Mrs. Langley waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

Undersigned counsel would request that Mrs. Langley's change of plea hearing be scheduled the week of March 3, 2008, or on some date on or after March 3, 2008.

Dated this 27th day of February 2008.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CASE NO: 3:07-CR-03-WKW |
| | ) |
| **CHERIE SHAY LANGLEY** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

Respectfully submitted,

s/Patricia Kemp
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org