IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 MAR -3  A 11: 59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | CR. NO. 3:07cr003-WKW |
| ) | [18 USC 1711] |
| CHERIE SHAY LANGLEY ) | |
| ) | |
| ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

On or about the 2nd day of September, 2005, in Daviston, Alabama, within the Middle District of Alabama,

**CHERIE SHAY LANGLEY,**

defendant herein, being a Postal Service employee, converted to her own use, money of a value of $541.73, which came into her hands and under her control in the execution of her employment in violation of Title 18, United States Code, Section 1711.

## COUNT 2

On or about the 2nd day of September, 2005, in Daviston, Alabama, within the Middle District of Alabama,

**CHERIE SHAY LANGLEY,**

defendant herein, being a Postal Service employee, converted to her own use, money of a value of $601.03, which came into her hands and under her control in the execution of her employment in violation of Title 18, United States Code, Section 1711.

/s/ Kent B. Brunson
Kent B. Brunson
Assistant United States Attorney