IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. NO.: 3:07cr03-WKW |
| | ) |
| CHERIE SHAY LANGLEY | ) |

## MOTION FOR LEAVE TO DISMISS INDICTMENT WITHOUT PREJUDICE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment Without Prejudice heretofore filed in the above-styled cause as to Cherie Shay Langley, on the following grounds, to wit: The United States requests the case be dismissed without prejudice so that a misdemeanor Information can be filed.

Respectfully submitted this the 4th day of March, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. NO.: 3:07cr03-WKW |
| | ) |
| CHERIE SHAY LANGLEY | ) |

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I hand delivered the foregoing to the Clerk of the Court and served Christine Freeman, Esq., by hand delivery.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 Phone
334-223-7135 Fax
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 3:07cr03-WKW |
| | ) | |
| CHERIE SHAY LANGLEY | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE