IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cr-03-WKW |
| | ) | |
| CHERIE SHAY LANGLEY | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice (Doc. # 36), it is ORDERED that the motion is GRANTED.

DONE this 6th day of March, 2008.

                                                  /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE