IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-CR-03-WC |
| | ) | |
| CHERIE SHAY LANGLEY | ) | |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION**

The Defendant, Cherie Shay Langley, gives notice of the filing of the following exhibits in support of her sentencing position:

**TABLE OF EXHIBITS**

**Exhibit Number**    **Exhibit Name**

**Family Photographs**

1. Mrs. Langley with her husband and son, Shaun and Clay Langley;

2. Mrs. Langley's mother, Gay Nan Craven, feeding Clay Langley;

3. Mrs. Langley's father, Jerry Craven, with Clay Langley;

4. Clay Langley with his twin brothers, Bryant and Brent;

5. Clay Langley in his 2006 t-ball uniform;

6. Bryant Langley at age ten months;

7. Brent Langley at age ten months.

Respectfully submitted,

s/Christine Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892

Attorney for Cherie Shay Langley
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-CR-03-WKW |
| | ) | |
| CHERIE SHAY LANGLEY | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esquire, 131 Clayton Street, Montgomery, Alabama 36104.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Cherie Shay Langley
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**Mrs. Langley with her husband and son, Shaun and Clay Langley.**

DEFENDANT'S EXHIBIT



Mrs. Langley's mother, Gay Nan Craven, feeding Clay Langley shortly after his birth.



Mrs. Langley's father, Jerry Craven, with Clay Langley.



Clay Langley, at age four, with his newborn twin brothers, Bryant and Brent.



Clay Langley, at age four, in his 2006 t-ball league uniform.

DEFENDANT'S EXHIBIT 5



Bryant Langley at age ten months.



Brent Langley at age ten months.